NYSCEF
Nassau County Supreme Court

**Document List**
**Index #  615418/2022**
Created on:04/18/2023 08:33 PM

Case Caption:   **Alan Eisenman et al v. Lawrence Katz et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 11/04/2022 | Blumenthal, E. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/10/2023 | Blumenthal, E. |
| 3 | DEMAND FOR COMPLAINT | Processed | 03/12/2023 | Huebner, L. |
| 4 | COMPLAINT | Processed | 03/29/2023 | Blumenthal, E. |